# EXHIBIT A

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0008047542 | A Dangerous Place | Jacqueline Winspear | Jacqueline Winspear |
| TX0009165045 | A Sunlit Weapon | Jacqueline Winspear | Jacqueline Winspear |
| TX0006931181 | Among the Mad | Jacqueline Winspear | Jacqueline Winspear |
| TX0007028529 | An Incomplete Revenge | Jacqueline Winspear | Jacqueline Winspear |
| TX0006859830 | An Incomplete Revenge: A Maisie Dobbs Novel | Jacqueline Winspear | Jacqueline Winspear |
| TX0007001203 | An Incomplete Revenge: A Maisie Dobbs Novel | Jacqueline Winspear | Jacqueline Winspear |
| TX0006089546 | Birds of a Feather: A Novel | Jacqueline Winspear | Jacqueline Winspear |
| TX0007508297 | Elegy for Eddie | Jacqueline Winspear | Jacqueline Winspear |
| TX0008389421 | IN THIS GRAVE HOUR: A Maisie Dobbs Novel | Jacqueline Winspear | Jacqueline Winspear |
| TX0008265362 | Journey to Munich | Jacqueline Winspear | Jacqueline Winspear |
| TX0007707305 | Leaving Everything Most Loved | Jacqueline Winspear | Jacqueline Winspear |
| TX0006408170 | Maisie Debbs[1] | Jacqueline Winspear | Jacqueline Winspear |
| TX0009051449 | Maisie Dobbs | Jacqueline Winspear | Jacqueline Winspear |
| TX0006437923 | Messenger of Truth: A Maisie Dobbs Novel | Jacqueline Winspear | Jacqueline Winspear |
| TX0006215485 | Pardonable Lies: A Maisie Dobbs Novel | Jacqueline Winspear | Jacqueline Winspear |
| TX0008752454 | The American Agent | Jacqueline Winspear | Jacqueline Winspear |
| TX0007933327 | The Care and Management of Lies | Jacqueline Winspear | Jacqueline Winspear |
| TX0009422601 | The Comfort of Ghosts | Jacqueline Winspear | Jacqueline Winspear |
| TX0009058836 | The Consequences of Fear | Jacqueline Winspear | Jacqueline Winspear |
| TX0009015819 | The Mapping of Love and Death | Jacqueline Winspear | Jacqueline Winspear |
| TX0009313632 | The White Lady | Jacqueline Winspear | Jacqueline Winspear |
| TX0009111226 | This Time Next Year We'll Be Laughing | Jacqueline Winspear | Jacqueline Winspear |
| TX0008558558 | To Die but Once | Jacqueline Winspear | Jacqueline Winspear |
| TX0008737057 | What Would Maisie Do? | Jacqueline Winspear | Jacqueline Winspear |
| TX0007138539 | Borderline Personality Disorder in Adolescents | Blaise A. Aguirre | Blaise Aguirre |
| TX0008233297 | Coping with BPD: DBT and CBT Skills to Soothe the Symptoms of Borderline Personality Disorder | Blaise Aguirre; Gillian Galen; Alec Miller | Blaise Aguirre |

[1] This title reflects an error included in the U.S. Copyright Office registration data; the correct title is *Maisie Dobbs*.

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0006977245 | Depression (GR4219) (9780313342196) (Pid 184852) | Blaise A. Aguirre | Blaise Aguirre |
| TX0008596042 | Fighting Back: What an Olympic Champion's Story Can Teach Us About Recognizing and Preventing Child Sexual Abuse—and Helping Kids Recover | Kayla Harrison; Cynthia S Kaplan; Blaise Aguirre | Blaise Aguirre |
| TX0006832633 | Helping Your Troubled Teen | Cynthia S. Kaplan, Ph.D; M.D Blaise A. Aguirre; M.D Michael Rater | Blaise Aguirre |
| TX0007541503 | Parenting Your Child with Autism | Anjali Sastry; Blaise Aguirre | Blaise Aguirre |
| TX0009298130 | The Unwanted Thoughts and Intense Emotions Workbook: CBT and DBT Skills to Break the Cycle of Intrusive Thoughts and Emotional Overwhelm | Jon Hershfield; Blaise Aguirre | Blaise Aguirre |
| TX0008323067 | Hiding Behind the Keyboard, First Edition | Brett Shavers; John Bair | John Bair |
| TX0008549121 | Seeking the Truth from Mobile Evidence: 1st Edition | John Bair | John Bair |
| TX0008516861 | America's Disaster Culture: The Production of Natural Disasters in Literature and Pop Culture | Robert C. Bell; Robert M. Ficociello | Robert Bell |
| TX0008516861 | America's Disaster Culture: The Production of Natural Disasters in Literature and Pop Culture | Robert C. Bell; Robert M. Ficociello | Robert Ficociello |
| TX0008569117 | Eco Culture: Disaster, Narrative, Discourse | Robert Bell; Robert Ficociello; Patrick Murphy | Robert Bell |
| TX0008569117 | Eco Culture: Disaster, Narrative, Discourse | Robert Bell; Robert Ficociello; Patrick Murphy | Robert Ficociello |
| TX0008374054 | Viktor Shklovsky: A Reader | Alexandra Berlina | Alexandra Berlina |
| TX0007425582 | Night Journey | Goldie Browning | Goldie Browning |
| TX0008120872 | Essentials of Eccentric Training | Len Kravitz; Aaron T. Bubbico | Aaron Bubbico |
| TX0007546957 | How Google Tests Software | James Whittaker; Jason Arbon; Jeff Carollo | Jeff Carollo |
| TX0008934544 | Back to the Dream | Felicitas Ivey, pseud; Felicitas Ivey, pseud. of Christine Carpenito | Christine Carpenito |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0008934555 | Dreamlands | Felicitas Ivey, pseud; Felicitas Ivey, pseud. of Christine Carpenito | Christine Carpenito |
| TX0008934545 | I'm Not Who You Think I Am | Felicitas Ivey, pseud; Felicitas Ivey, pseud. of Christine Carpenito | Christine Carpenito |
| TX0008934543 | The Secret of the Sheikh's Betrothed | Felicitas Ivey, pseud; Felicitas Ivey, pseud. of Christine Carpenito | Christine Carpenito |
| TX0008934548 | Twisted Dreams | Felicitas Ivey, pseud; Felicitas Ivey, pseud. of Christine Carpenito | Christine Carpenito |
| TX0008934552 | Uneasy Dreams | Felicitas Ivey, pseud; Felicitas Ivey, pseud. of Christine Carpenito | Christine Carpenito |
| TX0008545510 | Arts and Cultural Leadership in Asia | Josephine Caust | Josephine Caust |
| TX0006353533 | Geometric Dimensioning and Tolerancing for Mechanical Design | Gene R Cogorno | Gene Cogorno |
| TX0007365819 | Geometric Dimensioning and Tolerancing for Mechanical Design, Second Edition | Gene R Cogorno | Gene Cogorno |
| TX0008992927 | Geometric Dimensioning and Tolerancing for Mechanical Design, Third Edition | Gene R. Cogorno | Gene Cogorno |
| TX0009218569 | My Three Dads: Patriarchy on the Great Plains | Jessa Crispin | Jessa Crispin |
| TX0008274475 | The Creative Tarot | Jessa Crispin, pseud; Jessa Crispin, pseud. of Jessica Crispin | Jessa Crispin |
| TX0004712984 | Of Work and Men: How Men Can Become More Than Their Careers | Harvey Deutschendorf | Harvey Deutschendorf |
| TX0006986359 | The Other Kind of Smart: Simple Ways to Boost Your Emotional Intelligence for Greater Personal Effectiveness and Success | Harvey Deutschendorf | Harvey Deutschendorf |
| TX0004568230 | Anger, Madness, and the Daimonic: The Psychological Genesis of Violence, Evil, and Creativity | Rollo May; Stephen A Diamond | Stephen Diamond |
| TX0007476202 | Brainfluence | Roger Dooley | Roger Dooley |
| TX0008748685 | FRICTION - The Untapped Force That Can Be Your Most Powerful Advantage | Roger Dooley | Roger Dooley |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0007224456 | Dead Celebrities, Living Icons: Tragedy and Fame in the Age of the Multimedia Superstar | John David Ebert | John Ebert |
| TX0007612973 | The Age of Catastrophe: Disaster and Humanity in Modern Times | John David Ebert | John Ebert |
| TX0007437423 | The New Media Invasion: Digital Technologies and the World They Unmake | John David Ebert | John Ebert |
| TX0005141810 | Twilight of the Clockwork God: Conversations on Science and Spirituality at the End of an Age | John Ebert | John Ebert |
| TX0006180806 | Hobby Farm: Living Your Rural Dream for Pleasure and Profit | Carol Ekarius | Carol Ekarius |
| TX0006027664 | How to Build Animal Housing: 60 Plans for Coops, Hutches, Barns, Sheds, Pens, Nest Boxes, Feeders, Stanchions, and Much More | Carol Ekarius | Carol Ekarius |
| TX0006913810 | Pocketful of Poultry | Carol Ekarius | Carol Ekarius |
| TX0008388367 | Poultry Breeds | Carol Ekarius | Carol Ekarius |
| TX0005080482 | Small-Scale Livestock Farming | Carol Ekarius | Carol Ekarius |
| TX0008774026 | Storey's Guide to Raising Sheep, 5th Edition | Paula Simmons; Carol Ekarius | Carol Ekarius |
| TX0005298388 | Storey's Guide to Raising Sheep: Breeding, Care, Facilities | Paula Simmons; Carol Ekarius | Carol Ekarius |
| TX0006923084 | Storey's Illustrated Breed Guide to Sheep, Goats, Cattle and Pigs | Carol Ekarius | Carol Ekarius |
| TX0007535973 | Storey's Illustrated Guide to Poultry Breeds | Carol Ekarius | Carol Ekarius |
| TX0007884623 | The Field Guide to Fleece | Deborah Robson; Carol Ekarius | Carol Ekarius |
| TX0007381358 | The Fleece & Fiber Sourcebook | Deborah Robson; Carol Ekarius | Carol Ekarius |
| TX0009020674 | A Cultural History of Law: Volumes 1-6 | Gary Watt; Julen Etxabe; Emanuele Conte; Laurent Mayali; Peter Goodrich; Rebecca Probert; John Snape; Ian Ward; Richard K Sherwin; Danielle Celermajer; Jill Frank; Kaius | Julen Etxabe |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| | | Tuori; Roberto Fiori; Kathryn Slanski; Barry Wimpfheimer; Paul du Plessis; Jacob Giltaij; David Mirhady; Beatrice Pasciuta; Sara Menzinger; Jonathan Garton; Joshua Tate; Elsa Marmursztejn; Tyler Lange; Karl Shoemaker; Susan Byrne; Dominique Goy-Blanquet; Laurent de Sutter; Valerie Hayaert; Sophie Pitman; Richard Braude; Thanos Zartaloudis; Lindsay Farmer; Chloe Kennedy; Piyel Haldar; James Oldham; Timothy Dodsworth; Steve Banks; Dana Rabin; Julia Rudolph; Ruth Paley; Craig Elliott; Christian Delage; Diana Taylor; Desmond Manderson; James Parker; Alison Young; Joshua Oppenheimer; Susan Schuppli; Nancy Johnson; Linda Mulcahy; Jane Tynan; Kieran Dolin; Jan-Melissa Schramm; Kevin Crosby | |
| TX0008575000 | Ranciere and the Law | Ari Hirvonen; Susanna Lindroos-Hovinheimo; Tom Frost; Eric Heinze; Panu Minkkinen; Petr Agha; Wayne Morrison; Monica Lopez Lerma; Julen Etxabe | Julen Etxabe |
| TX0007841150 | Common System and Software Testing Pitfalls: How to Prevent and Mitigate Them | Donald G Firesmith | Donald Firesmith |
| TX0004124745 | Dictionary of Object Technology: The Definitive Desk Reference | Donald G. Firesmith; Edward M. Eykholt | Donald Firesmith |
| TX0008193638 | Hell Holes: What Lurks Below | Donald George Firesmith | Donald Firesmith |
| TX0003481445 | Object-Oriented Requirements Analysis and Logical Design: A Sofware Engineering Approach | Donald G Firesmith | Donald Firesmith |
| TX0007433997 | The Method Framework for Engineering System Architectures | Donald G Firesmith; Peter Capell; Dietrich Falkenthal; Charles B Hammons; DeWitt Latimer; Tom Merendino | Donald Firesmith |
| TX0008970519 | The Nazi's Granddaughter: How I Discovered My | Silvia Foti | Silvia Foti |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| | Grandfather Was a War Criminal | | |
| TX0007715343 | Bully Book, The | Eric Kahn Gale | Eric Gale |
| TX0008575611 | The Wizard's Dog | Eric Kahn Gale | Eric Gale |
| TX0008629523 | The Wizard's Dog Fetches the Grail | Eric Kahn Gale | Eric Gale |
| TX0007934746 | The Zoo at the Edge of the World | Eric Gale | Eric Gale |
| TX0009459208 | Art, Activism, and Sexual Violence | Sally L Kitch; Dawn R Gilpin; Nik Zaleski; Elizabeth Johnson Levine; Steven Tepper; Nicola Olsen; Deborah Martin; Deborah Shaw; Stephanie Leigh Batiste; Sydney Burrows; Luzene Hill; Clarity Haynes; Sean Shannon; T de Long; Susanne Slavick; Jennifer Patterson; Emily Bonistall Postel; Elaina Behounek; Alesha Durfee; Jasmin Goodman; Wei Sun; Leslie-Jean Thornton | Dawn Gilpin |
| TX0006876400 | Crisis Management in a Complex World | Dawn R Gilpin; Priscilla J Murphy | Dawn Gilpin |
| TX0006650579 | Organically Grown: Emergent Power and Influence in Complex Issue Networks | entire text: Dawn R. Gilpin | Dawn Gilpin |
| TX0007393471 | Bayou Dreams | Lynn Lorenz, pseud; Lynn Lorenz, pseud. of Laura Gompertz | Laura Gompertz |
| TX0007704425 | Bayou Loup | Lynn Lorenz, pseud; Lynn Lorenz, pseud. of Laura Gompertz | Laura Gompertz |
| TX0006952516 | Common Powers 1: Soul Bonds | Lynn Lorenz, pseud; Lynn Lorenz, pseud. of Laura Gompertz | Laura Gompertz |
| TX0007102189 | Common Powers 3: Edward Unconditionally | Lynn Lorenz, pseud; Lynn Lorenz, pseud. of Laura Gompertz | Laura Gompertz |
| TX0007204694 | In the Company of Men: Baymore's Heir | Lynn Lorenz, pseud; Lynn Lorenz, pseud. of Laura Gompertz | Laura Gompertz |
| TX0007206678 | In the Company of Men: The Mercenary's Tale | Lynn Lorenz, pseud; Lynn Lorenz, pseud. of Laura Gompertz | Laura Gompertz |
| TX0007478449 | Rougaroux Social Club 2: Bayou's End | Lynn Lorenz, pseud; Lynn Lorenz, pseud. of Laura Gompertz | Laura Gompertz |
| TX0006971338 | Rush in the Dark Common Powers 2 | Lynn Lorenz, pseud; Lynn Lorenz, pseud. of Laura Gompertz | Laura Gompertz |
| TX0007281095 | Silent Lodge | Lynn Lorenz, pseud; Lynn Lorenz, pseud. of Laura Gompertz | Laura Gompertz |
| TX0006872141 | Soul Bonds | Lynn Lorenz, pseud; Lynn Lorenz, pseud. of Lauralyn Gompertz | Laura Gompertz |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0009144098 | A Ballad of Love and Glory | Reyna Grande | Reyna Grande |
| TX0008633998 | A Dream Called Home | Reyna Grande | Reyna Grande |
| TX0006402999 | Across a Hundred Mountains | Reyna Grande | Reyna Grande |
| TX0007070569 | Dancing with Butterflies | Reyna Grande | Reyna Grande |
| TX0009322266 | Spare Parts (Young Readers' Edition) | Joshua Davis; Reyna Grande | Reyna Grande |
| TX0007587185 | The Distance Between Us | Reyna Grande | Reyna Grande |
| TX0008344319 | The Distance Between Us: Young Readers Edition | Reyna Grande | Reyna Grande |
| TX0005843975 | Development, Gold and Mining in the Brazilian Amazon: Women's Labor in Garimpagem | entire text: Jeannette Graulau | Jeannette Graulau |
| TX0008826046 | The Underground Wealth of Nations: On the Capitalist Origins of Silver Mining, A.D. 1150-1450 | Jeannette Graulau | Jeannette Graulau |
| TX0007888202 | Calculus for the Life Sciences, 2/E(Greenwell/Ritchey/Lial | Raymond N Greenwell; Nathan P Ritchey | Raymond Greenwell |
| TX0003681976 | Calculus with Applications | Margaret L Lial; Charles David Miller; Raymond N Greenwell | Raymond Greenwell |
| TX0004715998 | Calculus with Applications | Margaret L Lial; Raymond N Greenwell; Charles D Miller | Raymond Greenwell |
| TX0005377808 | Calculus with Applications | Margaret L Lial; Raymond N Greenwell; Nathan P Ritchey | Raymond Greenwell |
| TX0006019137 | Calculus with Applications | Margaret L Lial; Raymond N Greenwell; Nathan P Ritchey | Raymond Greenwell |
| TX0005637343 | Calculus with Applications for the Life Sciences | Raymond N Greenwell; Nathan P Ritchey; Margaret L Lial | Raymond Greenwell |
| TX0006926966 | Calculus with Applications Ninth Edition | Margaret L Lial; Raymond N Greenwell; Nathan P Ritchey | Raymond Greenwell |
| TX0008271175 | Calculus with Applications, 11/E | Margaret L Lial; Raymond N Greenwell; Nathan P Ritchey | Raymond Greenwell |
| TX0009226068 | Calculus with Applications, 12th Edition | Margaret L Lial; Raymond N Greenwell; Nathan P Ritchey | Raymond Greenwell |
| TX0003681977 | Calculus with Applications, Brief Version | Charles D Miller; Margaret L Lial; Raymond N Greenwell | Raymond Greenwell |
| TX0009231324 | Calculus with Applications, Brief Version, 12th Edition | Margaret L Lial; Raymond N Greenwell; Nathan P Ritchey | Raymond Greenwell |
| TX0005982435 | Finite Mathematics | Margaret L Lial; Raymond N Greenwell; Nathan P Ritchey | Raymond Greenwell |
| TX0003666169 | Finite Mathematics | Charles D Miller; Raymond N Greenwell; Margaret L Lial | Raymond Greenwell |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0004704239 | Finite Mathematics | Margaret L Lial; Raymond N Greenwell; Charles D Miller | Raymond Greenwell |
| TX0005390443 | Finite Mathematics | Margaret L Lial; Raymond N Greenwell; Nathan P Ritchey | Raymond Greenwell |
| TX0003807315 | Finite Mathematics and Calculus with Applications | Charles D Miller; Margaret L Lial; Raymond N Greenwell | Raymond Greenwell |
| TX0008242432 | Finite Mathematics and Calculus with Applications | Margaret L Lial; Nathan P Ritchey; Raymond N Greenwell | Raymond Greenwell |
| TX0004709841 | Finite Mathematics and Calculus with Applications | Margaret L Lial; Raymond N Greenwell; Charles D Miller | Raymond Greenwell |
| TX0006883429 | Finite Mathematics Ninth Edition [978-0-321-42829-6] | Margaret L Lial; Raymond N Greenwell; Nathan P Ritchey | Raymond Greenwell |
| TX0008168284 | Finite Mathematics, 11/E | Margaret L Lial; Raymond N Greenwell; Nathan P Ritchey | Raymond Greenwell |
| TX0009235666 | Finite Mathematics, 12th Edition | Pearson Education, Inc.; Raymond N. Greenwell; Nathan P. Ritchey; Margaret L. Lial; Geoffrey Krader | Raymond Greenwell |
| TX0009357960 | Fire in the Canyon | Daniel Gumbiner | Daniel Gumbiner |
| TX0007997654 | The Best American Nonrequired Reading 2014 - Editors' Note | Daniel Handler; Daniel Gumbiner | Daniel Gumbiner |
| TX0008215542 | The Best American Nonrequired Reading 2015 - Editor's Note | Daniel Gumbiner | Daniel Gumbiner |
| TX0008491609 | The Best American Nonrequired Reading 2016 - Editor's Note | Daniel Gumbiner | Daniel Gumbiner |
| TX0008534150 | The Best American Nonrequired Reading 2017 - Foreword | Daniel Gumbiner | Daniel Gumbiner |
| TX0008726600 | The Boatbuilder | Daniel Gumbiner | Daniel Gumbiner |
| TX0005956079 | Twentieth-Century Sprawl: Highways and the Reshaping of the American Landscape | Owen D. Gutfreund | Owen Gutfreund |
| TX0007933485 | Special Operations in World War II: British and American Irregular Warfare, by Andrew L. Hargreaves | Andrew L Hargreaves; University of Oklahoma | Andrew Hargreaves |
| TX0007150456 | Tales from the Script | Peter Hanson; Paul Robert Herman | Paul Herman |
| TX0003971059 | Ergonomic Living: How to Create a User-Friendly Home and Office | Gordon Inkeles; Iris Schencke | Gordon Inkeles |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0001304525 | Massage & Peaceful Pregnancy: A Daily Book for New Mothers and Fathers | Gordon Inkeles | Gordon Inkeles |
| TXU001332374 | Massage for a Peaceful Pregnancy | Gordon Inkeles | Gordon Inkeles |
| TX0006952030 | Sensual Massage Made Simple | Gordon Inkeles | Gordon Inkeles |
| TX0006865662 | Sensual Massage Made Simple | Gordon Inkeles | Gordon Inkeles |
| TX0006108492 | Sensual Massage on a String | Gordon Inkeles | Gordon Inkeles |
| TX0005225823 | The Art of Sensual Massage | Gordon Inkeles; Robert Foothorap | Gordon Inkeles |
| RE0000824653 | The Art of Sensual Massage. by Gordon Inkeles & Mary Todris[2] | Gordon Inkeles; Murray Todris | Gordon Inkeles |
| TX0000526231 | The New Massage: Total Body Conditioning for People Who Exercise | Gordon Inkeles, employer for hire of Greg Peterson | Gordon Inkeles |
| TXU001870404 | The New Sensual Massaga 2013 Edition | Gordon Inkeles | Gordon Inkeles |
| TX0002378806 | Unwinding: Super Massage for Stress Control | Gordon Inkeles | Gordon Inkeles |
| TX0007451197 | ARTISAN CHEESE MAKING AT HOME: Techniques & Recipes for Mastering World-Class Cheeses | Mary Karlin | Mary Karlin |
| TX0007829077 | MASTERING FERMENTATION: Recipes for Making and Cooking with Fermented Foods | Mary Karlin | Mary Karlin |
| TX0007067642 | Wood-Fired Cooking | Mary Karlin | Mary Karlin |
| TX0009376754 | Get Over Yourself: How to Lead and Delegate Effectively for More Time, More Freedom, and More Success | Dave Kerpen | Dave Kerpen |
| TX0008723149 | Likeable Social Media, Third Edition: How to Delight Your Customers, Create an Irresistible Brand, | Dave Kerpen | Dave Kerpen |

[2] This title reflects an error included in the U.S. Copyright Office registration data; the correct co-author name is Murray Todris.

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| | & Be Generally Amazing on All Social Networks That Matter, Third Edition | | |
| TX0007674981 | Likeable Social Media: How to Delight Your Customers, Create an Irresistible Brand, and Be Generally Amazing on Facebook (and Other Social Networks | Dave Kerpen | Dave Kerpen |
| TX0007381009 | Likeable Social Media: How to Delight Your Customers, Create an Irresistible Brand, and Be Generally Amazing on Facebook (and Other Social Networks | Dave Kerpen | Dave Kerpen |
| TX0008250664 | THE ART OF PEOPLE 11 Simple People Skills That Will Get You Everything You Want | Dave Kerpen | Dave Kerpen |
| TX0007046094 | Gratitude | Joseph Kertes | Joseph Kertes |
| TX0008405954 | The Afterlife of Stars | Joseph Kertes | Joseph Kertes |
| TX0005166147 | The Rational Unified Process - An Introduction | Philippe Kruchten | Philippe Kruchten |
| TX0005244686 | The Rational Unified Process - An Introduction | Philippe Kruchten | Philippe Kruchten |
| TX0005740042 | The Rational Unified Process Made Easy: A Practitioner's Guide to the RUP | Per Kroll; Philippe Kruchten; Grady Booch | Philippe Kruchten |
| TX0008808237 | An Introduction to the Aquatic Insects of North America, Fifth Edition | R. W Merritt; K. W Cummins; M. B Berg; Gary L Parsons; Ken J Tennessen; Andrew Bennett; John K Jackson; Darold P Batzer; Vincent H Rush; Wilco Verberk; David Buchwalter; Gary A Lamberti; J. Bruce Wallace; Alex D Huryn; Raphael Mazor; D. M Rosenberg; Joe P Receveur; Gerald J Nowak; M. Eric Benbow; Kipling Will; Stephen A Marshall; Greg W Courtney; Richard J Snider; Steven K Burian; Hojun Song; Boris C Kondratieff; R. Edward DeWalt; David E Bowles; Dan A | Gary Lamberti |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| | | Polhemus; Atilano Contreras-Ramos; John C Morse; Desiree R Robertson; Ralph W Holzenthal; Andrew K Rasmussen; Douglas C Currie; Andrew Short; David S White; Virginija Podeniene; Jon K Gelhaus; John R Wallace; Peter H Adler; Leonard C Ferrington Jr.; Brett W Merritt | |
| TX0004359187 | Methods in Stream Ecology | F. Richard Hauer; Gary Anthony Lamberti | Gary Lamberti |
| TX0008446107 | Methods in Stream Ecology, 3rd Edition | F Hauer; Gary Lamberti | Gary Lamberti |
| TX0008471543 | Methods in Stream Ecology, Third Edition | F. Hauer; Gary Lamberti | Gary Lamberti |
| TX0005824516 | Financial Fine Print: Uncovering a Company's True Value | Michelle Leder | Michelle Leder |
| TX0001618235 | A Semantic Approach to the Structure of Evolutionary Theory | text: Elizabeth Anne Lloyd | Elisabeth Lloyd |
| TX0003509456 | Keywords in Evolutionary Biology | Evelyn Fox Keller; Elisabeth A Lloyd | Elisabeth Lloyd |
| TX0003887230 | Normality and Variation: The Human Genome Project and the Ideal Human Type | Elisabeth Anne Lloyd | Elisabeth Lloyd |
| TX0006186911 | The Case of the Female Orgasm: Bias in the Science of Evolution | Elisabeth A Lloyd; supplemental editing & index: President and Fellows of Harvard College, employer for hire | Elisabeth Lloyd |
| TX0002472905 | The Structure and Confirmation of Evolutionary Theory | | Elisabeth Lloyd |
| TX0003903832 | The Structure and Confirmation of Evolutionary Theory | | Elisabeth Lloyd |
| TX0008564571 | APA Handbook of the Psychology of Women Volume 1 History, Theory, and Battlegrounds | Cheryl B Travis; Jacquelyn W White; Alexandra Rutherford; Wendi S Williams; Elizabeth Johnston; Ann Johnson; Kristin J Anderson; Emilie Zaslow; Joan C Chrisler; Maureen C McHugh; Alice H Eagly; Jeanne Marecek; Eva Magnusson; Janet Shibley Hyde; Patricia Adair Gowaty; Diana Schellenberg; Anelis Kaiser; | Jeanne Marecek |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| | | Stephanie A Shields; Heather J MacArthur; Kaitlin T McCormick; Julia C Nentwich; Tracy Morison; Breanne Fahs; Eric Swank; Sara I McClelland; Tomi-Ann Roberts; Rachel M Calogero; Sarah J Gervais; Zoë D Peterson; Camille J Interligi; Rachel A Connor; Susan T Fiske; Monica Biernat; Peter Glick; Liana Raberg; Jioni A Lewis; Karen Fraser Wyche; Shari E Miles-Cohen; Hilary M Lips; Rachael D Robnett; Elizabeth A Daniels; Campbell Leaper; Eileen L Zurbriggen; Robyn Fivush; Kelly Marin; Claire Etaugh; Varda Muhlbauer; Eleanor Pardess; Nava Haruvy; Leah R Warner; Isis H Settles; Vickie M Mays; Negin Ghavami; Cirleen DeBlaere; Laurel B Watson; Kimberly J Langrehr; Patrick R Grzanka; American Psychological Association, Inc | |
| TX0008610522 | Gender, Sex, and Sexualities: Psychological Perspectives | Nancy K Dess; Jeanne Marecek; Leslie C Bell | Jeanne Marecek |
| TX0002836843 | Making a Difference: Psychology and the Construction of Gender | Rachel T Hare-Mustin; Jeanne Marecek | Jeanne Marecek |
| TX0008796066 | Transnational Psychology of Women: Expanding International and Intersectional Approaches | Lynn H Collins; Sayaka Machizawa; Joy K Rice; Mary Wyer; Janet M Conway; Jennifer J Mootz; Sally D Stabb; Olivia M Espín; Andrea L Dottolo; Edwina Pio; Alisha Guthery; Nicole Jeffery; Sara Crann; Elizabeth Schwab; Jeanne Marecek; Julietta Hua; Jessica Tjiu; Shelly Grabe | Jeanne Marecek |
| TX0000328779 | Women and Sex Roles: A Psychological Perspective | Irene H Frieze; Jacquelynne E Parsons; Paula B Johnson; Diane N Ruble; Gail L Zellman; Esther Sales; Jeanne Marecek; Gwendolyn Lewis; Joan Hertzberg; Deborah Lee; W.W. Norton & Company, Inc | Jeanne Marecek |
| TX0008652452 | Veterans: Faces of World War II | Sasha Maslov | Oleksandr Maslov |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0008427858 | Activities for Teaching Statistics and Research Methods a Guide for Psychology Instructors | Jeffrey R Stowell; William E Addison; Tamarah Smith; Thomas E Heinzen; Thomson J Ling; Bonnie A Green; Robert McEntarffer; Maria Vita; Laura Brandt; George Y Bizer; David S Kreiner; Alexis Grosofsky; Bernard C Beins; Michael J Tagler; Christopher L Thomas; Andrew N Christopher; R. Eric Landrum; Mary E Kite; Stephanie E Afful; Karen Wilson; Thomas P Pusateri; Chris Jones-Cage; Caridad F Brito; Sue Frantz; Harold Herzog; Janie H Wilson; Shauna W Joye; Joseph A Wister; Steven A Meyers; Dana S Dunn | Rob McEntarffer |
| TX0008908258 | Assessing Undergraduate Learning in Psychology: Strategies for Measuring and Improving Student Performance | Susan A Nolan; Christopher M Hakala; R. Eric Landrum; Regan A. R Gurung; Melissa Beers; Jane S Halonen; Dana S Dunn; Rob McEntarffer; Jason S Todd; Elizabeth Yost Hammer; Claudia J Stanny; Catherine E Overson; Victor A Benassi; Bridgette Martin Hard; Danae L Hudson; Raymond J Shaw; Eva Seifried; Birgit Spinath; Jacquelyn Cranney; Julie A Hulme; Julia Suleeman; Remo Job; Suzanne C Baker; Doris Zahner; Dirk van Damme; Roger Benjamin; Jonathan Lehrfeld; Kris Acheson; Ashley Finley; Louis Hickman; Lee Sternberger; Craig Shealy | Rob McEntarffer |
| TX0005855428 | Barron's How to Prepare for the AP Psychology Advanced Placement Exam | Robert McEntarffer; Allyson J Weseley | Rob McEntarffer |
| TX0005191261 | Barron's How to Prepare for the AP Psychology, Advanced Placement Examination | Robert McEntarffer; Allyson Wesele | Rob McEntarffer |
| TX0008854377 | Blair-Broeker Thinking About Psychology 4E Downloadable Test Bank | Rob McEntarffer; Steve Jones; Nancy Fenton; Amy Fineburg | Rob McEntarffer |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0007270808 | Your Sexually Addicted Spouse: How Partners Can Cope and Heal | Barbara Steffens, Ph.D; Marsha Means, MA | Marsha J Means |
| TX0009329428 | I Feel Love: MDMA and the Quest for Connection in a Fractured World | Rachel Nuwer | Rachel Nuwer |
| TX0008676130 | Poached: Inside the Dark World of Wildlife Trafficking | Rachel Love Nuwer | Rachel Nuwer |
| TX0008462042 | Angelos Odyssey | Joshua Patrick | Joshua Patrick |
| TX0008607300 | China's Crony Capitalism: The Dynamics of Regime Decay | Minxin Pei; President and Fellows of Harvard College; Harvard University Press; the President and Fellows of Harvard College dba Harvard University Press | Minxin Pei |
| TX0006348658 | China's Trapped Transition: The Limits of Developmental Autocracy | Minxin Pei; supplemental editing: Harvard University. President and Fellows of Harvard College, employer for hire | Minxin Pei |
| TX0003853853 | From Reform to Revolution: The Demise of Communism in China and the Soviet Union | Minxim Pei | Minxin Pei |
| TX0009376502 | The Sentinel State: Surveillance and the Survival of Dictatorship in China / Minxin Pei | Minxin Pei | Minxin Pei |
| TX0008337755 | Dynamic SQL: Applications, Performance, and Security | Ed Pollack | Edward Pollack |
| TX0006916310 | A Knife Edge | David Rollins | David Rollins |
| TX0007151533 | Hard Rain | David Rollins | David Rollins |
| TX0006894688 | The Death Trust | David Rollins | David Rollins |
| TX0005861135 | Gray Matters | | Bob Rosner |
| TX0007146352 | International Business: Competing in the Global Marketplace, Eighth Edition | Bob Rosner; Allan Halcrow | Bob Rosner |
| TX0005324044 | The Boss's Survival Guide | Alan Levins | Bob Rosner |
| TX0007102924 | The Boss's Survival Guide: Workplace 911 for the Toughest Problems Today's Managers Face, Second Edition | Allan Halcrow; Bob Rosner | Bob Rosner |
| TX0004729994 | Working Wounded: Advice That Adds Insight to Injury | | Bob Rosner |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0009205185 | A Little Book About the Big Bang by Tony Rothman | Tony Rothman | Tony Rothman |
| TX0003145211 | A Physicist on Madison Avenue | Tony Rothman | Tony Rothman |
| TX0004907700 | Doubt and Certainty | Tony Rothman; George Sudarshan | Tony Rothman |
| TX0005852639 | Everything's Relative: And Other Fables from Science and Technology[3] | Tony Rothman | Tony Rothman |
| TX0001789522 | Frontiers of Modern Physics: New Perspectives on Cosmology, Relativity, Black Holes, and Extraterrestrial Intelligence | Tony Rothman | Tony Rothman |
| TX0004048665 | Instant Physics: From Aristotle to Einstein, and Beyond | Tony Rothman | Tony Rothman |
| TX0006935234 | Sacred Mathematics: Japanese Temple Geometry | Fukagawa Hidetoshi; Tony Rothman | Tony Rothman |
| TX0002585647 | Science a La Mode: Physical Fashions and Fictions | Tony Rothman | Tony Rothman |
| TX0000077141 | The World Is Round | Tony Rothman | Tony Rothman |
| TX0007678433 | Hunt and Kill: U-505 and the U-Boat War in the Atlantic | Theodore Savas; Erich Topp; Eric C. Rust; Timothy Mulligan; Lawerence Paterson; Mark E. Wise; Jak P. Mallmann Showell; Jordan Vause; Keith R. Gill | Theodore Savas |
| TX0006862070 | Never for Want of Powder: The Confederate Powder Works in Augusta, Georgia | C.L Bragg; Charles D Ross; Gordon A Blaker; Stephanie A.T Jacobe; Theodore P Savas | Theodore Savas |
| TX0007276023 | The New American Revolution Handbook: Facts and Artwork for Readers of All Ages, 1775-1783 | J. David Dameron; Theodore P Savas | Theodore Savas |
| TX0005377037 | Real Boys' Voices | Todd Shuster | Todd Shuster |
| TX0009329384 | The First Day of Peace | Todd Shuster | Todd Shuster |
| TX0008439727 | STRANGE VERNACULARS: How Eighteenth-Century Slang, Cant, Provincial Languages, | Janet Sorensen | Janet Sorensen |

[3] This title reflects an error included in the U.S. Copyright Office registration data; the correct title is *Everything's Relative and Other Fables from Science and Technology*.

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| | and Nautical Jargon Became English | | |
| TX0006034013 | An Unfinished Life: A Novel | Mark Spragg | Mark Spragg |
| TX0007177543 | Bone Fire | Mark Spragg | Mark Spragg |
| TX0005611132 | The Fruit of Stone | | Mark Spragg |
| TX0004739463 | Thunder of the Mustangs | Mark Spragg; Tehabi Books | Mark Spragg |
| TX0005107281 | Where Rivers Change Direction | | Mark Spragg |
| TX0008281860 | The Common Sense Behind Basic Economics: A Guide for Budding Economists, Students, and Voters | Justin Velez-Hagan | Justin Velez-Hagan |
| TX0008937333 | The Impact of Fiscal Consolidation Policies on Economic Performance | Justin Velez-Hagan | Justin Velez-Hagan |
| TX0002000018 | Readings in Artificial Intelligence and Software Engineering | Richard C Waters; Charles Rich | Richard Waters |
| TX0002778932 | The Programmer's Apprentice | Richard C Waters; Charles Rich | Richard Waters |
| TX0007057082 | Privilege vs. Equality: Civil-Military Relations in the Jacksonian Era, 1815-1845 | Robert P Wettemann Jr | Robert Wettemann |
| TX0006574226 | The Texas You Expect: The Story of Buffalo Gap Historic Village | text: Donald S. Frazier, Robert F. Pace, Robert P. Wettemann, Jr | Robert Wettemann |
| TX0007341966 | Illegal | Bettina Restrepo | Bettina Williford |
| TX0007035323 | Moose and Magpie | Bettina Restrepo | Bettina Williford |
| TX0008758471 | Aloha Rodeo | David Wolman; Julian Smith | David Wolman |
| TX0007492998 | End of Money | David Wolman | David Wolman |
| TX0006811036 | Left-Hand Turn Around the World: Chasing the Mystery and Meaning of All Things Southpaw | David Wolman | David Wolman |
| TX0006981750 | Righting the Mother Tongue | David Wolman | David Wolman |
| TX0007778462 | The End of Money | David Wolman | David Wolman |
| TXU002123257 | Taste | J. Dylan Yates | J. Dylan Yates |
| TXU002242529 | Taste and 1 Other Unpublished Work | J. Dylan Yates | J. Dylan Yates |
| TX0008062832 | The Belief in Angels | J. Dylan Yates | J. Dylan Yates |
| TX0008176986 | The Belief in Angels: Jules | J. Dylan Yates | J. Dylan Yates |